**FILED**
**NOVEMBER 13, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6418**

In the Matter of

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the May 5, 2007 DeLaHoya/Mayweather Program,
     Plaintiff,
-against-

JUAN MARTIN REYES, et al,
     Defendants.

Case Number:

**JUDGE DARRAH**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**J. N.**

Plaintiff, J & J SPORTS PRODUCTIONS, INC.

| | |
|---|---|
| NAME (Type or print) Julie Cohen Lonstein, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Julie Cohen Lonstein | |
| FIRM Lonstein Law Office, P.C. | |
| STREET ADDRESS 1 Terrace Hill, P.O. Box 351 | |
| CITY/STATE/ZIP Ellenville, New York 12428 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 90784647 | TELEPHONE NUMBER (845)647-8500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |