**FILED**
**NOVEMBER 13, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6418**

-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

      Plaintiff,

-against-

JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS,

      Defendants.

-----------------------------------------------------------------

**DESIGNATION OF LOCAL COUNSEL**

Civil Action No. **JUDGE DARRAH**
**MAGISTRATE JUDGE SCHENKIER**

**J. N.**

  COME NOW the Plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, on behalf of Themselves and All Others Similarly Situated, and through counsel hereby designates SHELDON S. GOMBERG, ESQ., of 134 North La Salle Street, Suite 1508, Chicago, IL 60602, as resident counsel for the Plaintiff.

Dated: November 13, 2007
    Ellenville, New York

        **J & J SPORTS PRODUCTIONS, INC**.

        By: <u>/s/Julie Cohen Lonstein</u>
         JULIE COHEN LONSTEIN, ESQ.
         Attorney for Plaintiff
         Bar Roll No. 90784647
         LONSTEIN LAW OFFICE, P.C.
         Office and P.O. Address
         1 Terrace Hill : P.O. Box 351
         Ellenville, NY 12428
         Telephone: (845) 647-8500
         Facsimile: (845) 647-6277
         Email: Info@signallaw.com
         *Our File No. 07-4IL-N07V*