FILED
NOVEMBER 13, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6418**

-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                          Plaintiff,

       -against-

JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS,

                        Defendants.

-----------------------------------------------------------

**PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES**

**JUDGE DARRAH**
**MAGISTRATE JUDGE SCHENKIER**

Civil Action No.

**J. N.**

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

      There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **J & J SPORTS PRODUCTIONS, INC.**

Dated: November 13, 2007
         Ellenville, New York

**J & J SPORTS PRODUCTIONS, INC**.

By: /s/Julie Cohen Lonstein
      JULIE COHEN LONSTEIN, ESQ.
     Attorney for Plaintiff
     Bar Roll No. 90784647
     LONSTEIN LAW OFFICE, P.C.
    Office and P.O. Address
     1 Terrace Hill : P.O. Box 351
     Ellenville, NY  12428
     Telephone:  (845) 647-8500
     Facsimile:   (845) 647-6277
     Email: Info@signallaw.com
    *Our File No. 07-4IL-N07V*