## United States District Court for the Northern District of Illinois

Case Number: 07cv6418                     Assigned/Issued By: j.n.

Judge Name: Darrah                        Designated Magistrate Judge: Schenkier

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00     [ ] $5.00
                [ ] IFP         [ ] No Fee     [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                            Receipt #: 2327379

Date Payment Rec'd: 11-13-07                Fiscal Clerk: j.n.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
        (Type of Writ)

__1__ Original and __1__ copies on __11-13-07__ as to Juan Martin Reyes
                                        (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05