Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6418 | **DATE** | 11/27/07 |
| **CASE TITLE** | J & J Sports Productions v. Reyes, et al. | | |

**DOCKET ENTRY TEXT:**

Status hearing is set for 1/16/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|