## United States District Court for the Northern District of Illinois

Case Number: 07cv6418    Assigned/Issued By: j. n.

Judge Name:    Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:* ☐ $350.00    ☐ $39.00    ☐ $5.00
☐ IFP    ☐ No Fee    ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons    ☐ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons    _____
☐ Citation to Discover Assets    _____
☐ Writ _____    (Victim, Against and $ Amount)
   (Type of Writ)

<u>  1  </u> Original and <u>  1  </u> copies on <u> 11-28-07 </u> as to <u> J M RESTAURANT, INC. </u>
                                                (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05