UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                        Plaintiff,

- against -

JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS

                        Defendants.

---

**MOTION FOR CONTINUANCE**
Civil Act ion No.07-CV-6418-JWD-SIS
HON. ROBERT M. DOW, JR.

Come now plaintiff, J & J SPORTS PRODUCTIONS, INC., and moves this Court for an Order of Continuance to adjourn the Conference from January 8, 2007 at 11:00 a.m. for forty five (45) days in order to give plaintiff sufficient time to complete service of process on the defendants JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS.

The summons in this matter were issued on November 15, 2007 and November 30, 2007 and were received by Plaintiff on December 7, 2007. Upon receipt of same, on December 7, 2007, Plaintiff forwarded the Complaint and Summons to its Process Servers for service upon the Defendants, however service has not been completed at this time.

Attached hereto is a proposed order for the Court setting forth the proposed relief requested herein.

Dated: December 28, 2007
      Ellenville, NY 12428

      /s/ Julie Cohen Lonstein
JULIE COHEN LONSTEIN, ESQ.
Attorney for Plaintiff
Bar Roll No. JL8521
LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill : P.O. Box 351
Ellenville, NY  12428
Telephone:  (845) 647-8500
Facsimile:   (845) 647-6277

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                      Plaintiff,        **ORDER FOR CONTINUANCE**

   - against -                       Civil Action No.07-CV-6418-JWD-SIS
                                            HON. ROBERT M. DOW, JR.

JUAN MARTIN REYES, Individually, and as officer,
director, shareholder and/or principal of JM
RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a
MERENDERO BOCADILLOS, and JM
RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a
MERENDERO BOCADILLOS

                      Defendants.

-----------------------------------------------------------------

     Considering the motion of the plaintiff for continuance of the Conference for forty five (45) days allowing time to complete service of process on all of the defendants herein, it is:

     ORDERED, that the January 8, 2008 Conference be continued.

     Dated this ____ day of _____, 2007

                                                  _____
                                                  **HON. ROBERT M. DOW, JR**.
                                                    United States District Judge