## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

JJ Sports Productions, Inc.
                            Plaintiff,

v.                                               Case No.: 1:07−cv−06418
                                                      Honorable Robert M. Dow Jr.

Juan Martin Reyes, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 2, 2008:

      MINUTE entry before Judge Robert M. Dow Jr.: MOTION by Plaintiff JJ Sports Productions, Inc. to continue [12] January 8, 2008 Initial Status Hearing is granted. Status hearing date of 1/8/08 is stricken and reset to 3/5/08 at 9:00a.m.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.