07CV6418

# Affidavit of Process Server

| J&J Sports | vs | Juan Martin Reyes, et al. | |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I, **Karl Brown**,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **JTT Restaurant, Inc**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ **Summons, Complaint, Plaintiff's Disclosure of Interested Parties, Attorney Appearance Form & Designation of Local Counsel**

by serving (NAME) _____

at ☐ Home _____
☒ Business **6739 S. Ogden Ave**
☐ on (DATE) **12-17-07** at (TIME) **1:20 pm**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely **Miguel Vasquez / Duty Mgr**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME

**Description:**
☒ Male ☐ White Skin ☒ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☒ Brown Hair ☐ Balding ☒ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blond Hair ☒ 36-50 Yrs. ☒ 5'4"-5'8" ☒ 131-160 Lbs.
☒ Brown Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

Subscribed and sworn to before me, a notary public, this **4** day of **February**, 20**08**

NOTARY PUBLIC

**OFFICIAL SEAL**
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

SERVED BY
LASALLE PROCESS SERVERS

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program.
           Plaintiff.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07cv6418

JUAN MARTIN REYES. Individually. and as officer,
director, shareholder and/or principal of JM
RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a
MERENDERO BOCADILLOS, and JM RESTAURANT,
INC. d/b/a BOCADILLO'S a/k/a MERENDERO
BOCADILLOS.
           Defendants.

ASSIGNED JUDGE: Darrah

DESIGNATED
MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)
**JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS**
6739 Ogden Avenue
Berwyn, IL 60402-3604

Our File No. 07-4IL-N07 V

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lonstein Law Office, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845) 647-8500

wer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this
ns upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
emanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
ervice.

\EL W. DOBBINS, CLERK

[signature]

:PUTY CLERK

NOV 2 8 2007

DATE