UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

    Plaintiff,

-against-

JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS

    Defendants.

------------------------------------------------------------------

MOTION FOR AN EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT

Civil Case No. 07-CV-6418-JWD-SIS
HON. ROBERT M. DOW, JR.

**PLEASE TAKE NOTICE** that upon the affirmation of Julie Cohen Lonstein, Esq., dated the 5$^{th\ h}$ day of March 2008, Plaintiff, J & J Sports Productions, Inc**.**, moves this Court at the for an order granting Plaintiff's Motion for an Order extending Plaintiff's time in which to serve the Summons and Complaint in the within action, and for such other and further relief as the Court may deem just and proper under the circumstances.

Dated: March 5, 2008
   Ellenville, New York

                 /s/ Julie Cohen Lonstein
                JULIE COHEN LONSTEIN, ESQ.
                Attorney for Plaintiff
                Bar Roll No. JL8521
                LONSTEIN LAW OFFICE, P.C.
                1 Terrace Hill : P.O. Box 351
                Ellenville, NY  12428
                Telephone:  (845) 647-8500
                Facsimile:  (845) 647-6277

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

      Plaintiff,

-against-

JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS

      Defendants.

-----------------------------------------------------------------

**AFFIRMATION IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME**
Civil Action No.07-CV-6418-JWD-SIS
HON. ROBERT M. DOW, JR.

STATE OF NEW YORK )
       ) ss.:
COUNTY OF ULSTER )

  JULIE COHEN LONSTEIN, an attorney duly admitted to practice before this Court, affirms the following under penalty of perjury.

  1. That I am lead attorney for Plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, in the above captioned matter and am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

  2. I make this affirmation in support of Plaintiff's Motion for an Order, pursuant to Federal Rules of Civil Procedure Rule 4, extending the time within which Plaintiff may serve the Summons herein.

  3. This action was commenced by the filing of the Summons and Complaint on

November 13, 2007.

4. Defendant JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, was served with the Summons and Complaint on December 17, 2007 and to date, no answer has been filed. Defendant JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS (hereinafter referred to as "Defendants"), has not yet been served with a copy of the Summons and Complaint.

5. The 120-day limitations period will expire on March 12, 2008; however, Plaintiff is still attempting to effect service on the Defendant Juan Martin Reyes.

6. Plaintiff respectfully requests a reasonable extension of time in which to serve the Summons and Complaint since personal service upon Defendants has not yet been effected and the local rules of the Court require that personal service be must be effected.

7. Defendants would not suffer any prejudice by the granting of this Motion since Plaintiff seeks only a brief enlargement of time in which to effect service. And no Defendant has appeared in this action.

WHEREFORE, plaintiff respectfully requests that this Honorable Court grant its motion for an extension of time and enter the attached Order of Court.

Dated: March 5, 2008
      Ellenville, NY 12428          /s/ Julie Cohen Lonstein
                                               Julie Cohen Lonstein, Esq.

Sworn to before me this 5th              Attorney for Plaintiff
day of March 2008

/s/ April Draganchuk
    *April Draganchuk*
*Notary Public State of New York*
*Registration No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*