UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                              Plaintiff,

- against -

JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS

                              Defendants.

---

**ORDER FOR EXTENSION OF TIME**
Civil Act ion No.07-CV-6418-JWD-SIS
HON. ROBERT M. DOW, JR.

This Court, having considered Plaintiff's Motion for an Extension of Time to Serve Summons and Complaint, dated, March 5, 2008, is of the opinion that said Motion should be granted. Accordingly, it is hereby

**ORDERED and ADJUDGED** that the Plaintiff have an additional ____ days in which to effectuate service upon the Defendants

Dated this ____ day of _____, 2008

                                                _____
                                                **HON. ROBERT M. DOW, JR**.
                                                  United States District Judge