UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                        Plaintiff,

-against-

JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS

                        Defendants.

------------------------------------------------------------------

**NOTICE OF MOTION**

Civil Case No. 07-CV-6418-JWD-SIS
HON. ROBERT M. DOW, JR.

     **PLEASE TAKE NOTICE** that upon the affirmation of Julie Cohen Lonstein, Esq., dated the 5th day of March 2008, Plaintiff, J & J Sports Productions, Inc**.**,will move  this Court on March 12, 2008  at 9:00 a.m. for  an order granting Plaintiff's Motion for an Order extending Plaintiff's time in which to serve the Summons and Complaint in the within action, and for such other and further relief as the Court may deem just and proper under the circumstances.

Dated: March 10, 2008
       Ellenville, New York

       /s/ Julie Cohen Lonstein
      JULIE COHEN LONSTEIN, ESQ.
      Attorney for Plaintiff
      Bar Roll No. JL8521
      LONSTEIN LAW OFFICE, P.C.
      1 Terrace Hill : P.O. Box 351
      Ellenville, NY  12428
      Telephone:  (845) 647-8500
      Facsimile:   (845) 647-6277