# Affidavit of Process Server

07CV6418

**J&J Sports** vs **Juan Martin Reyes, et al**
PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE #

Being duly sworn, on my oath, I **Karl Brown** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Juan Martin Reyes**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Summons, Complaint, Plaintiff's Disclosure of Interested Parties, Attorney Appearance Form & Designation of Local Counsel

by serving (NAME) _____

at ☐ Home _____
☐ Business _____
☐ on (DATE) _____ at (TIME) _____

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers, namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☒ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) 12-18-07 5:45 PM, ( ) 12-19-07 4:45 PM
( ) 12-17-07 5:40 PM, ( ) 12-20-07 11:50 AM, ( ) 12-23-07 7:30 PM
12-28-07 5:50 PM   12-29-07 2:20 PM

**Description:**
☐ Male  ☐ White Skin  ☐ Black Hair  ☒ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin  ☐ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
☐ Yellow Skin  ☐ Blond Hair  ☐ 36-50 Yrs.  ☐ 5'4"-5'8"  ☐ 131-160 Lbs.
☐ Brown Skin  ☐ Gray Hair  ☐ Mustache  ☐ 51-65 Yrs.  ☐ 5'9"-6'0"  ☐ 161-200 Lbs.
☐ Glasses  ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

SERVED BY Karl Brown
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this **4** day of **February**, 20 **08**

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

Defendant made 2 appointments to complete service, and failed to show on both occasions.
12-20-07 11:30 AM Defendant did not show
12-28-07 5:50 PM Defendant did not show

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

ev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the May 5, 2007 DeLaHoya/Mayweather Program,
Plaintiff,

V.

JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS.
Defendants.

CASE NUMBER: **07 C 6418**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE DARRAH**
**MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS
2212 Elmwood Avenue
Berwyn, IL  60402

Our File No. 07-4IL-N07V

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lonstein Law Office, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York  12428
Tel. (845) 647-8500

ver to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this
ns upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
emanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
rvice.

EL. W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

DATE

November 13, 2007
Date