IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| J & J Sports Productions, Inc., as Brondenst Licensee of the May 5, 2007 De LaHoya/Mayweather Program,<br><br>vs.<br><br>Juan Martin Reyes, individually, and as officer director, shareholder and/or principal of JM Restaurant, Inc., d/b/a Bocadillo's a/k/a Merendero Bocadillo's, and JM Restaurant, Inc. d/b/a Bocadillo's a/k/a Merendero Bocadillos, | Case Number   07-CV-6418 |

## AFFIDAVIT OF SERVICE

I, William Tobias, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 14 day of April, 2008, at 04:20 PM at 6739 Ogden Avenue, Berwyn, IL, did serve the following document(s):

**Summons and Complaint**

Upon:   **Juan Martin Reyes**

By:   ☑ Personally serving to:   Juan Martin Reyes

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 6739 Ogden Avenue, Berwyn, IL on

| | | | | | |
|---|---|---|---|---|---|
| Description: Sex | **Male** | Race | **Black** | Approximate Age | **40** |
| Height | **5'9** | Weight | **175** | Hair Color | **Black** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_(signature)_

William Tobias
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101

(Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,
        Plaintiff,

V.

JUAN MARTIN REYES, Individually, and as officer,
director, shareholder and/or principal of JM
RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a
MERENDERO BOCADILLOS, and JM RESTAURANT,
INC. d/b/a BOCADILLO'S a/k/a MERENDERO
BOCADILLOS,
        Defendants.

CASE NUMBER: 

ASSIGNED JUDGE: 

DESIGNATED
MAGISTRATE JUDGE:

**07 C 6418**

**JUDGE DARRAH**
**MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS
2212 Elmwood Avenue
Berwyn, IL 60402

Our File No. 07-4IL-N07V

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lonstein Law Office, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845) 647-8500

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

DATE

November 13, 2007
Date