UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                  Plaintiff,

  -against-

JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS,

                  Defendants.

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**
Civil Action No.07-CV-6418
HON. ROBERT M. DOW, JR.

---

TO:   MICHAEL W. DOBBINS, CLERK
        UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF ILLINOIS

Please enter default of the following Defendants:

JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and from the attached affidavit of Julie Cohen Lonstein, Esq.

Dated: May 12, 2008                      LONSTEIN LAW OFFICE, P.C.
       Ellenville, New York

                                                  By: /s/ Julie Cohen Lonstein
                                                     Julie Cohen Lonstein
                                                     Bar Roll No. JL8512
                                                     Attorney for Plaintiff
                                                     1 Terrace Hill; PO Box 351
                                                     Ellenville, NY 12428
                                                     Telephone: 845-647-8500
                                                     Facsimile: 845-647-6277