UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

        Plaintiff,

-against-

JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS,

        Defendants.

**AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT**
Civil Action No.1-07-CV-5500-BMM-MD
HON. BLANCHE M. MANNING

---

STATE OF NEW YORK :
                : SS.:
COUNTY OF ULSTER :

    JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

    1. That I am the attorney for plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, in the above referenced matter and I am admitted to practice in this Court.  I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

    2.    This action was commenced pursuant to 47 U.S.C. §605, *et seq.*  A copy of the Summons and Complaint was served on Defendant, JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, on April 14, 2008 as set forth in the proof of service by William Tobias, ECF Document No. 20 and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, on December 17, 2007  as set forth in the proof of service by Karl Brown, ECF Documents numbers 15.

3. The time within which any of the Defendants may answer or otherwise move with respect to the Complaint herein has expired. Defendants JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, have not answered or otherwise moved with respect to the Complaint; and the time for the Defendant(s) to do so has not been extended.

4. Said Defendant(s) are not infants or incompetents. Upon information and belief, Defendant(s) are not presently in the military service of the United States.

**WHEREFORE**, Plaintiff **J & J SPORTS PRODUCTIONS, INC.,** requests that the default of the JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, be noted and that judgment be entered in favor of plaintiff and against defendants in the manner stated herein.

Dated: May 12, 2008
    Ellenville, NY 12428                          /S/ Julie Cohen Lonstein
                                                          Julie Cohen Lonstein

Sworn to before me this 12th               Bar Roll No. JL8512
day of May 2008

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*