UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                           Plaintiff,

  -against-

JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS,

                           Defendants.

---------------------------------------------------------------

**CLERK'S CERTIFICATE**
Civil Act ion No.07-CV-6418-JWD-SIS
HON. ROBERT M. DOW, JR.

     I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that the docket entries in the above entitled action indicates that the Defendants, JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS**,** were served with a copy of the Complaint and Summons on December 17, 2007 and April 14, 2008, 2008 February 2, 2008;

     I further certify that the docket entries indicate that   JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS have never submitted an answer or otherwise plead in defense of this action and their default is hereby noted.

Dated:           , New York

_____2008         MICHAEL W. DOBBINS
                                                             Clerk

                                            By:_____
                                                       Deputy Clerk