UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                                    Plaintiff,

                                                        **CERTIFICATE OF SERVICE**
            -against-                                   Civil Act ion No.07-CV-6418-JWD-SIS
                                                        HON. ROBERT M. DOW, JR.

JUAN MARTIN REYES, Individually, and as
officer, director, shareholder and/or principal of JM
RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a
MERENDERO BOCADILLOS, and JM
RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a
MERENDERO BOCADILLOS
                                    Defendants
-----------------------------------------------------------------

        The undersigned certifies that on the   **14**[th]  day of May 2008 your deponent served the
following documents by regular mail:

        1) Request for Default
        2) Affidavit in Support of Request for Default
        3) Clerk's Certificate

on the following:

Merendero Bocadillos
6739 Ogden Ave.
Berwyn, IL 60402-3604

Juan Martin Reyes
6431 W. Cermak Road
Berwyn, IL 60402

                                            /s/ Julie Cohen Lonstein
                                            Julie Cohen Lonstein