UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                Plaintiff,

  -against-

JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS,

                Defendants.

---

**NOTICE OF MOTION**
Civil Action No.07-CV-6418
HON. ROBERT M. DOW, JR.

**PLEASE TAKE NOTICE** that on the **22nd day of May, 2008 at 9:00 a.m.**, at the time previously scheduled by the Court for a Status Call, Plaintiff will move this Court for an Order granting entry of default, as set forth in the Application for Entry of Default which was filed via the Court's ECF system on May 14, 2008, ECF Document No. 21, against the Defendants JUAN MARTIN REYES, Individually, and as officer, director, shareholder and/or principal of JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS, and JM RESTAURANT, INC. d/b/a BOCADILLO'S a/k/a MERENDERO BOCADILLOS.

Dated: May 16, 2008
      Ellenville, NY  12428

LONSTEIN LAW OFFICE, P.C.

By: /s/ Julie Cohen Lonstein
    Julie Cohen Lonstein
    Bar Roll No.  JL8521
    Attorney for Plaintiff
    1 Terrace Hill; PO Box 351
    Ellenville, NY 12428
    Telephone:  845-647-8500
    Facsimile:   845-647-6277

## **CERTIFICATE OF SERVICE**

      Plaintiff hereby certifies that on today's date, a true copy of the foregoing document was served via U.S. Mail, upon the following:

Merendero Bocadillos
6739 Ogden Ave.
Berwyn, IL 60402-3604

Juan Martin Reyes
6431 W. Cermak Road
Berwyn, IL 60402

                                                            /s/ Julie Cohen Lonstein
                                                            Julie Cohen Lonstein