UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

JJ Sports Productions, Inc.
                            Plaintiff,

v.                                                    Case No.: 1:07−cv−06418
                                                         Honorable Robert M. Dow Jr.

Juan Martin Reyes, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: For the reasons stated in this Court's Memorandum Opinion and Order of 7/14/08, the Court awards the sum of $3,830.75 in statutory damages, attorneysfees, and costs, and enters a final default judgment against Defendants, jointly and severally, in that amount.Civil case terminated. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.